**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 95-7541**

_____

NICHOLAS J. QUEEN, SR.,

Petitioner - Appellant,

versus

EDWARD BRENNAN; JOSEPH J. CURRAN, Attorney
General of the State of Maryland,

Respondents - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Herbert N. Maletz, Senior Judge, sitting
by designation.  (CA-95-859-WMN)

_____

Submitted:  February 6, 1996      Decided:  February 16, 1996

_____

Before MURNAGHAN, NIEMEYER, and MICHAEL, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Nicholas J. Queen, Sr., Appellant Pro Se.  Kathryn L. Grill, SMITH,
SOMERVILLE & CASE, Baltimore, Maryland; Jefferson McClure Gray, As-
sistant United States Attorney, Baltimore, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his 28 U.S.C. § 2255 (1988) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Queen v. Brennan, No. CA-95-859-WMN (D. Md. Aug. 22, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED